UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS GUTKNECHT, an individual

    Plaintiff,

v.                                                Case No: 2:18-cv-184-FtM-38MRM

HASKINS, INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant Haskins, Inc.'s Renewed Motion for Mediation Before a United States Magistrate Judge and Plaintiff Thomas Gutknecht's Response. (Docs. 21; 23). This matter is ripe for review.

Haskins asks for a settlement conference before a United States Magistrate Judge. (Doc. 21). Haskins believes an early settlement conference will result in the "best chance" for a favorable resolution of this case before the parties engage in significant discovery or spend significant time and expense litigating this matter. (Doc. 21). Gutknecht is also amenable to a settlement conference. (Doc 23).

While the Court generally prefers that parties mediate before proceeding to a settlement conference with the non-assigned Magistrate Judge, the Court finds good

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

cause under the circumstances of this case to grant this Motion. Here, an early settlement conference will serve to secure the just, speedy, and inexpensive determination of this case. Thus, the Court grants Haskins' request.

Accordingly, it is now

**ORDERED:**

This case is **REFERRED** to United States Magistrate Judge Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. The parties shall contact Judge Mirando's Chambers to arrange a mutually agreeable time to participate in the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of September 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: United States Magistrate Judge Carol Mirando
         All Parties of Record